JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| TRACY COLLINS W.[1], | Case No. CV 23-9449-AS |
|         Plaintiff, | |
|    v. | **JUDGMENT** |
| MARTIN O'MALLEY, Commissioner of Social Security, | |
|         Defendant. | |

IT IS ADJUDGED that this action is DISMISSED with prejudice.

Dated: October 16, 2024

                                                /s/
                                              ALKA SAGAR
                           UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's name is partly redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.